IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00004-EWN-MEH

VICTORIO MENDOZA,

    Plaintiff,

v.

JOHN WILLIAMS and
JOAN WILLIAMS,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 24, 2008.**

    Defendants' Unopposed Motion for Leave [filed March 19, 2008; doc #11] is **granted in part and denied in part**.  The Scheduling Conference currently set for April 7, 2008 is hereby converted to a Status Conference, at which a deadline for dismissal papers in this case will be discussed.